IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISON

| | |
|---|---|
| REBECCA TOOMEY § | |
|    Plaintiff, § | |
| § | |
| § | |
| v. § | CIVIL ACTION NO. 4:17-cv-00573 |
| § | |
| § | |
| TARGET CORPORATION § | |
|    Defendant. § | |

## ORDER ON STIPULATION OF DISMISSAL

Before the Court is the Parties Stipulation of Dismissal (Doc. 17). The Parties have stipulated that the case be dismissed with prejudice to the re-filing of same.

The parties have submitted a proposed order.

Therefore, it is ORDERED that the case be dismissed with prejudice. Further, the case is ORDERED closed.

**SIGNED this the 13th day of June, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE